# UNITED STATES DISTRICT COURT

## Northern District of California

MARIE H. KYLE

           Plaintiff(s),           No. C 09-05187 MEJ

  v.

                                       **ORDER**

RITE AIRD CORPORATION

           Defendant(s).

_____/

The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c).  Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

The parties are directed to confer regarding reassignment and to file, on or before December 17, 2009, a letter stating whether or not the parties consent to reassignment of this matter to Magistrate Judge Vadas.  If the parties so consent, the matter will be transferred.  The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: December 7, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge