PANO STEPHENS (#42122)
Attorney at Law
P. O. Box 1548
Ukiah, CA 95482-1548
Telephone:  (707) 462-1996
Facsimile:  (707) 462-1999
Email:  pano@saber.net

Attorney for Plaintiff
MARIE H. KYLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE H. KYLE,<br><br>          Plaintiff,<br><br>     -vs-<br><br>RITE AID CORPORATION, DOES 1 TO 10, INCLUSIVE,<br><br>          Defendants.<br>_____ | CV 09-05187 MEJ<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DISCOVERY, EXPERT DISCLOSURE, MOTIONS RELATED TO DISCOVERY AND DISPOSITIVE MOTIONS**<br><br>**ORDER THEREON** |

The parties, by and through their respective counsel of record, hereby stipulate pursuant to Civil L.R. 6-1(b), 6-2 and 7-12 to the following requested changes to the events/deadlines already fixed by the court in this case:

    1)   That time for expert disclosure be extended to November 1, 2010 from the currently fixed date of July 16, 2010, with disclosure of any rebuttal experts to be by November 15, 2010;

    2)   That all discovery, including depositions of experts, be extended to be completed by December 15, 2010 in lieu of the current discovery cut-off date of August 10, 2010;

    3)   That the ADR hearing for early neutral evaluation, currently

set for August 23, 2010, be extended so that the hearing takes place between November 24 - December 15, 2010, at a time therein convenient to the appointed evaluator;

    4)   That the time for filing of all dispositive motions be extended to November 12, 2010 from the currently-scheduled date of September 9, 2010, with the hearing on such dispositive motions be rescheduled to December 16, 2010 at 10:00 a.m. in Courtroom B on 15th Floor, 350 Golden Gate Avenue, San Francisco, in lieu of the currently scheduled hearing date of October 14, 2010.

    In support of these requests to enlarge time, counsel for plaintiff MARIE H. KYLE and defendant RITE AID CORPORATION declare the following under penalty of perjury:

    Discovery completed by the parties to date has revealed the potential involvement of an additional entity that may have responsibility for creating/maintaining the conditions on the premises alleged to have injured plaintiff, and as to its duty to indemnify the defendant RITE AID; information as to the nature and extent of such entity's involvement in the circumstances of this case is currently incomplete, and requires further investigation through subpena of documents and depositions of its agents/officers who are persons most knowledgeable. The entity, doing business as CHECKPOINT SYSTEMS, is located in the state of New Jersey.

    If discovery material that needs to be obtained from this entity establishes that it does bear some responsibility for the injuries claimed by plaintiff or for indemnity to defendant RITE AID, said entity will need to be brought into this case as a defendant or cross-defendant, and be allowed to participate in further discovery of medical and other witnesses planned to be taken in this case.

The foregoing matters cannot be undertaken and concluded within the times currently fixed by the court for completion of such matters, and the enlargement of time deadlines as set forth above is requested.

There has been one previous time modification in this case, by stipulation and order of the court entered on April 14, 2010 which rescheduled the ADR proceeding to August 23, 2010.

Except as set forth in the extensions requested above, counsel for the parties do not anticipate that the remaining matters scheduled for the case, and particularly the trial date of February 14, 2011 will be affected by granting the extensions requested herein.

We respectfully enter these stipulations and declarations on July 7, 2010.

/s/ Pano Stephens
PANO STEPHENS
Attorney for Plaintiff
  MARIE H. KYLE

KELLY, HOCKEL & KLEIN P.C.

By: /s/ Anne F. Marchant
ANNE F. MARCHANT
Attorneys for Defendant
  RITE AID CORPORATION

**ORDER**

Pursuant to the foregoing stipulation and declarations, good cause appearing therefrom,

IT IS SO ORDERED.

DATED:    July __8____, 2010

_____
United States Magistrate Judge