UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIE H. KYLE, | No. C 09-5187 MEJ |
| Plaintiff, | **ORDER RE STATUS** |
| v. | |
| RITE AID CORPORATION, | |
| Defendant. | |
| _____/ | |

Pursuant to the July 8, 2010 scheduling order in this case, the deadline for filing any dispositive motions was November 12, 2010. (Dkt. #24.) As neither party filed a motion, the Court ORDERS the parties to file a joint status report by December 16, 2010.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge