UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIE H. KYLE, | No. C 09-5187 MEJ |
| Plaintiff, | **ORDER RE STATUS** |
| v. | |
| RITE AID CORPORATION, | |
| Defendant. | |
| _____/ | |

On December 3, 2010, Plaintiff filed a notice of settlement, stating that a dismissal would be filed within 35 days. (Dkt. #27.) As no dismissal had been filed, on March 4, 2011, the Court ordered Plaintiff to file a dismissal or status report by March 17, 2011. Plaintiff failed to respond. Accordingly, the Court ORDERS Plaintiff to file a dismissal or status report by April 28, 2011. Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge