```
STEPHENS LAW OFFICE
PANO STEPHENS, SBN 42122
P.O. BOX 1548
UKIAH, CA 95482-1548
Telephone:  (707) 462-1996
Facsimile:  (707) 462-1999
Email:  pano@saber.net

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE H. KYLE,<br><br>    Plaintiff,<br><br>-vs-<br><br>RITE AID CORPORATION, DOES 1 TO 10, INCLUSIVE,<br><br>    Defendants. | CV 09-05187 MEJ<br><br>**STIPULATION AND REQUEST FOR DISMISSAL: ORDER THEREON** |

The parties by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED:   February 15, 2010         /s/ Pano Stephens
                                   PANO STEPHENS, Attorney for
                                   Plaintiff MARIE H. KYLE


DATED:   March 29, 2011            /s/ Anne F. Marchant
                                   ANNE F. MARCHANT, Attorney for
                                   Defendant RITE AID CORPORATION

1

## ORDER

GOOD CAUSE APPEARING from the parties' stipulation, this action is hereby dismissed with prejudice, in its entirety, as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

DATED: _____April 18, 2011_____, 2011  _____
MARIA-ELENA JAMES,
United States Magistrate Judge